MS
F. #2023R00019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

STEPHANIE COX et al.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ O R D E R

23-CR-133 (RPK)

      Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Matthew Skurnik, for an order unsealing the superseding indictment and arrest warrant in the above-captioned matter only as to the defendants STEPHANIE COX, JASMIN LOPEZ, and DAVID VASQUEZ.

      WHEREFORE, it is ordered that the indictment in the above-captioned matter be unsealed with the redactions identified by the United States Attorney, as further described in Exhibit A to this order, and that the arrest warrant for STEPHANIE COX be unsealed.

Dated:   Brooklyn, New York
           August _____, 2023

August 30, 2023

s/Sanket J. Bulsara

HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK